## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| Robert Fiumefreddo, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Barclays Bank Delaware and Experian )<br>Information Solutions, Inc., )<br>)<br>Defendants. )<br>)<br>) | CASE NO. 1:17-cv-00154 |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff Robert Fiumefreddo ("Plaintiff"), by counsel, and Defendant Experian Information Solutions, Inc. ("Experian"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause of action against Experian should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: October 13, 2017                                    Respectfully submitted,

                                               */s/ Mark C. Zheng*
                                               Mark C. Zheng
                                               JONES DAY
                                               500 Grant Street, Suite 4500
                                               Pittsburgh, PA  15219
                                               Telephone:  412-394-7916

                                               Travis S. Hunter
                                               RICHARDS, LAYTON & FINGER, P.A.
                                               One Rodney Square
                                               920 N. King Street
                                               Wilmington, DE  19801
                                               Telephone:  302-651-7700
                                               hunter@rlf.com

                                               *Attorneys for Defendant*
                                               *Experian Information Solutions, Inc.*


                                               */s/ Antranig Garibian*
                                               Antranig Garibian
                                               GARIBIAN LAW OFFICES, P.C.
                                               1010 N. Bancroft Parkway, Suite 22
                                               Wilmington, DE  19805
                                               Telephone:   302-722-6885
                                               ag@garibianlaw.com

                                               *Attorney for Plaintiff Robert Fiumefreddo*